# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER: | CASE NO.: 23-00797 (MCF) |
| LAURA MARGARITA SERRANO SANTANA | |
| Debtor(s) | CHAPTER 13 |
| | |
| FIRSTBANK PUERTO RICO | (X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |
| Movant | |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, Title 11 USC §1326, on Payments, 11 USC 361 on Adequate Protection, 11 USC 1325 (a) (5) (A) on Acceptance and 11 USC 1325 (6) on Feasibility.

2. Debtor filed a bankruptcy case under chapter 13 back on March 20, 2023. *Dck no 1*

3. MOVANT, standing to address this court is ascertained as filed a claim to an auto for $16,393.66. *Clm 2.*

4. Under amended plan dated September 25, 2023, debtor proposes to continue with the payments under the contract and cure the pre- and post- petition arrears. Yet, while enjoying the possession and the used of the auto, as of February 2, 2024, debtor(s) already have the following installments owed to FirstBank Puerto Rico in the direct payments under the amended plan: seven (7) pre- petitions for $3,233.20, and two (2) post-petitions months in arrears. Thus, debtor initial and amended plan does not provide adequate protection to FirstBank Puerto Rico due to her serious feasibility problem and in said line, Movant does not accept the proposed plan and moves dismissal. *See Attachment A.*

5. Under the terms of the proposed April 3, 2023, debtor(s) should have started to make continues payments since April 20, 2023, and as evidenced herein, the debtor(s) have failed to do so. *Dck 14.*

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) *See Attachment B.*

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on *Unreasonable delay by debtor that is prejudicial to Creditors,* (5) *denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,* 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and ~~(6) on *Material default by the debtor with respect to a term of a confirmed plan,*~~ and ~~Title 11 USC §1324 (b)~~ ~~*on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)*~~.

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse.*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve, and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on February 5, 2024

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. OSMARIE NAVARRO MARTINEZ // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) ROBERTO FIGUEROA CARRASQUILLO, and to debtor(s) by regular mail at the address on record, LAURA MARGARITA SERRANO SANTANA, at VILLA CARIBE 220 VIA CAMPINA ST., CAGUAS, PUERTO RICO 00727.

BY: /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 / [Rev.2/2024]

**IN THE UNITED STATES BANKRUPTCY COURT**

| IN RE: | LAURA M SERRANO-SANTANA |
|---|---|
| | DEBTOR (S) |
| FIRSTBANK PUERTO RICO | |
| MOVANT | |
| VS. | |
| RESPONDENT (S) | |

Case No. 23-00797
Chapter: 13

Index

| [X] | of acts against property under 11 USC 362 (D) (2) |
| [ ] | of acts against property under 11 USC 365 (D) (2) |
| [ ] | of other acts under II USC (D) (1) 1307 |
| [ ] | of co-debtor stay under 11 USC 1201 (c) (2) or 1301 (c) (2) |

Creditor: Movant

Account Number: **-**-*****7415

**STATEMENT OF AMOUNT DUE INCLUIDING A BREAKDOWN
IN THE FOLLOWING CATEGORIES**

As of Date:                              Per Diem Interest:

1. Principal Balance Due:                                $15,164.35
2. Interest Due: From:                                   $     2.67
3. Late Charges Due:                                     $   445.39
4. Advance for:   Taxes
                  Others charges                         $      -
5. Attoneys cost & fees                                  $      -
6. Any other charge (Motion)                             $      -
7. Total                                                 $15,612.41

I, Rafael Kortright, Vice President of FirstBank Puerto Rico, declares under penalty of perjury the laws of the United States that the foregoing is true and correct.

In San Juan, Puerto Rico this February 2, 2024.

[signature]

Attachment A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LAURA M SERRANO-SANTANA**<br><br>DEBTOR (S)<br><br>FIRSTBANK PUERTO RICO<br>MOVANT<br><br>VS.<br><br>RESPONDENT (S) | Case No. 23-00797<br>Chapter: 13 |

### STATEMENT OF INSTALLMENTS DUE
### COST AND ATTORNEY'S FEES OWD ON PERSONAL LOANS
### CONDITIONAL SALES CONTRACT NUMBER:

**-**-*****7415

As of    FEBRUARY    2   ,    2024

**A.**    PRE-PETITION

    7    Monthly installments of    $    452.00   Due  $  3,164.00

    7    Monthly installments of    $     22.60   Due  $    158.20

Total pre-petition installments and late charges due                     **$ 3,322.20**

**B.**    POST-PETITION

    2    Monthly installments of    $    452.00   Due  $    904.00

    2    Monthly installments of    $     22.60   Due  $     45.20

Total post-petition installments and late charges due                    **$   949.20**

**C.**    ATTORNEYS FEES

**TOTAL INSTALLMENTS DUE, COST AND ATTORNEYS FEES OWED**

```
415I            02/05/24              ACCOUNT INQUIRY              13:39:20
CUR
CTL2 001    CTL3 000    CTL4 0000    ACCT              7007    EFF DATE         38671307
CTL2 000    CTL3 000    CTL4 0000    CUST 00000001438472        PART NONACCRL
                                     ******** RATES *********   SIMPLE INT - FIXED RATE
PAYOFF                  15620.43                                 AUTO DR                N
ORIG LOAN AMT           30449.00     CURR RATE      6.4500000    PROD TYPE           ALSI
ORIG PROCEEDS           26350.00     ORIG RATE      6.4500000    PRIM OFFICER         703
LT CHG DUE                445.39     PER DIEM       2.6724059    GL KEY 01001A02  0073 86
FEES DUE                    0.00     ********* DATES ********   CALL CODE            06B0
CURRENT PRIN            15164.35     CONTRACT DATE    04/28/18  ***** REPAYMENTS *****
CURRENT INT                10.69     CURR MATURITY    12/05/25  CURR TERM              91
SCH PYMT AMT              452.00     CLOSED DATE                 PYMTS MADE            52
CUR PYMT AMT              452.00     SCHED DUE DATE   02/05/24  PYMTS REM              32
PAST DUE AMT             3955.00     OLDEST DUE DATE  05/05/23  MONTHS EXTD   7 REN 000
PARTIAL PAID              135.60     LAST MAINT DT    03/23/23  YTD INT COL       258.81
**************************           LST BAL CHG DT   02/01/24  INT COL PRV       916.99
LAURA M SERRANO-SANTANA                                          ***** CREDIT HIST *****
VILLA CARIBE                                                     015 016 030 060 090 000
220 VIA CAMPINA                                  COLLATERAL      006 029 006 001 010 000
CAGUAS                       PR 00727-3048  CODE: AUTO
PH (    ) ( 787 ) 362-3766                DESC: SH 03/08/23
PF1-NEXT STAT    PF2-PREV STAT    PF3-ADDL INFO
TSTSXCT1 TS0110 F: AMAI     NO AOR OCCURRENCE FOR APPL 41                    AST
```

Date: 02-05-2024 Time: 13:40:45.26

```
AMHS              02/05/24          HISTORY SUMMARY              13:39:46
CUR
CTL2 001 CTL3 000 CTL4 0000 ACCT         7007 MARRERO, CARL
START DATE 12/22/22

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG
OPT   EFF DATE TRAN DESCRIPTION          TRAN AMOUNT         POST BALANCE
      12/22/22 8080 PAY BY PHONE              624.00           20,021.22
      01/26/23 8080 PAY BY PHONE              624.00           19,569.05
      02/22/23 8080 PAY BY PHONE              624.00           19,074.60
      03/27/23 8080 PAY BY PHONE              624.00           18,604.95
      04/26/23 8080 PAY BY PHONE              624.00           18,117.81
      05/25/23 8080 PAY BY PHONE              624.00           17,622.65
      06/26/23 8080 PAY BY PHONE              624.00           17,136.93
      07/26/23 8080 PAY BY PHONE              624.00           16,638.99
      08/25/23 8080 PAY BY PHONE              624.00           16,137.39
      09/25/23 8080 PAY BY PHONE              624.00           15,636.05
      10/26/23 8080 PAY BY PHONE              624.00           15,130.91
      11/22/23 8080 PAY BY PHONE              624.00           14,607.08
      12/26/23 8080 PAY BY PHONE              624.00           14,104.86
      01/25/24 8080 PAY BY PHONE              624.00           13,584.39
PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
AMPCPSDR AM1047 F: ACCOUNT NOT FOUND                                    LAST
```

Date: 02-05-2024 Time: 13:41:03.84

Department of Defense Manpower Data Center

Results as of : Feb-05-2024 10:27:17 AM
SCRA 5.18



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2704 |
| Birth Date: | Feb-XX-1971 |
| Last Name: | SERRANO SANTANA |
| First Name: | LAURA |
| Middle Name: | MARGARITA |
| Status As Of: | Feb-05-2024 |
| Certificate ID: | WY8S2XYBZT5L3QB |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350