IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LAURA MARGARITA SERRANO SANTANA<br><br>xx-xx-2704<br><br>Debtor(s) | CASE NO. 23-00797-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON APR/12/2024 |

ORDER & NOTICE

Upon the filing of adversary proceeding 23-00055, the confirmation hearing is continued to August 15, 2024, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https://www.prb.uscourts.gov/.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12 day of April, 2024.

Mildred Caban Flores
United States Bankruptcy Judge