IN RE:

SERRANO SANTANA, LAURA MARGARITA
xxx-xx-2704

DEBTOR

CASE NO. 23-00797/MCF

CHAPTER 13

## DEBTOR'S REPLY TO *TRUSTEE'S MOTION TO DISMISS* DOCKET NO. 111

**TO THE HONORABLE COURT:**

**COMES NOW, LAURA MARGARITA SERRANO SANTANA**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

**1.** The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket no. 111, whereby the Trustee states that the Debtor incurred in confirmed Plan payments arrears in the sum of $843.00, in the above captioned case.

**2.** On March 11, 2026, this Honorable Court granted (See: *ORDER*, Docket No. 118) a Debtor's request for an extension of time (Docket No. 117) within to reply to the aforementioned motion to dismiss filed by the Chapter 13 Trustee, Order due by April 9, 2026.

**3.** The Debtor hereby replies to the Trustee's motion stating that on April 8, 2026, the Debtor filed a post-confirmation modified Chapter 13 Plan, Dated April 8, 2026, (Docket No. 120), to cure the Plan arrears, in the above captioned case.

**WHEREFORE** the Debtor respectfully requests that the Court grant the Debtor's present reply and respectfully prays that upon approval of the Debtor's proposed modified Plan, (Docket No. 120), the Court enter an Order denying the Trustee's motion to dismiss for failure to make current Plan payments, (Docket No. 111), in the above captioned case.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: the Debtor, Laura Margarita Serrano Santana, Villa Caribe 220 Via Campina Street, Caguas PR 00727, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 8th day of April, 2026.

/s/ ***Roberto Figueroa Carrasquillo***
USDC #203614
***RFIGUEROA CARRASQUILLO LAW OFFICE PSC***
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 787-963-7699
EMAIL: rfc@rfigueroalaw.com